IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $14,130.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | <u>NOTICE</u> |

Party-in-Interest:   Trequile Burkett
　　　　　　　　　　 1010 Haynes Street
　　　　　　　　　　 Akron, Ohio 44307

　　　The above-captioned forfeiture action was filed in U.S. District Court on July 12, 2022. A copy of the complaint is attached. If you claim an interest in the defendant property, the following applies.

　　　Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, you are required to file with the Court, and serve upon Henry F. DeBaggis, plaintiff's attorney, whose address is United States Attorney's Office; United States Court House; 801 West Superior Avenue, Suite 400; Cleveland, Ohio 44113, a verified claim to the defendant property within thirty-five (35) days after your receipt of the complaint. Said claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint or a motion under Rule 12 of the Civil Rules of

Procedure, within twenty (20) days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment by default will be taken for the relief demanded in the complaint.

                                                Respectfully submitted,

                                                Michelle M. Baeppler
                                                First Assistant U.S. Attorney

                    By:     <u>/s/ Henry F. DeBaggis</u>
                                                Henry F. DeBaggis (OH: 0007561)
                                                Assistant United States Attorney
                                                801 West Superior Avenue
                                                Suite 400
                                                Cleveland, OH  44113-1852
                                                Tel. (216) 622-3749
                                                Fax. (216) 522-7499
                                                Henry.DeBaggis@usdoj.gov