# United States District Court

NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO:  UNITED STATES MARSHALS SERVICE:

WHEREAS, on  07/12/2022  a  Complaint in Forfeiture  was filed in this Court by Michelle M. Baeppler, First Assistant United States Attorney for this District, on behalf of the United States, against:

$14,130.00 in U.S. Currency (CATS ID: 22-FBI-000731)

and WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest *in rem* for the arrest of the defendant property; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant property by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| **DATE** 7/13/2022    **CLERK** Sandy Opacich <br> (BY) DEPUTY CLERK <br> s/Michael Lebron | |

Returnable  -60-  days after issue.

**United States Marshals Service**

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| PRINTED NAME | SIGNATURE | |